# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MAGNUM STAFFING SERVICES INC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. H-04-4711** |
| | § | |
| **GALLAGHER BASSETT SERVICES** | § | |
| **INC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

Pending before the Court are Plaintiff's motion for leave to file an amended complaint and Defendant's motion to abate and to compel arbitration.  After reviewing the record, the applicable law, and the arguments of counsel, the Court is of the opinion that leave to amend the Complaint should be and hereby is **GRANTED** and that Defendant's motion to abate and to compel arbitration should be and hereby is **DENIED**.

**IT IS SO ORDERED**.

SIGNED THIS 8TH DAY OF SEPTEMBER, 2005.

Keith P. Ellison
United States District Judge

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.